IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| HELEN SWANICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. |
| ) | |
| WAL-MART STORES, INC., ) | |
| an Arkansas corporation, ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT**

**COUNT I**

NOW COMES Plaintiff, HELEN SWANICK, by and through her attorneys, THE LAW OFFICE OF KEVIN P. JUSTEN, P.C., and complaining of the Defendant, WALMART SUPERCENTER #3893., an Arkansas corporation, states as follows:

1. This Court has jurisdiction of this matter based upon diversity of citizenship as contained in 28 United States Code, § 1332, in that the Plaintiff, HELEN SWANICK, is a citizen of the State of Illinois and that the Defendant, WALMART SUPERCENTER, INC., is incorporated in the State of Arkansas, and its principal place of business is 702 South West 8th Street, Bentonville, Arkansas, and thus is a resident and citizen of the State of Arkansas. The matter in controversy exceeds exclusive of interest and costs the sum of $75,000.00.

2. That on or about July 2, 2017, the Plaintiff, HELEN SWANICK, resided at 2120 Castle Court, Waukegan, Illinois, thus is a citizen and resident of Illinois.

3. That on or about July 2, 2017, the Defendant, WAL-MART STORES, INC., an Arkansas corporation, was operating at the commonly known address of 4000 Route 173, Zion, IL 60099.

4. That at the aforementioned time, and date and for a long time prior thereto, the Defendant, WAL-MART STORES, INC., an Arkansas corporation, opened its doors to the public and was open on the date in question, July 2, 2017.

5. That at sometime prior thereto and on the aforementioned date and time the Defendant, WAL-MART STORES, INC., an Arkansas corporation, leased or owned the premises commonly known as 4000 Route 173, Zion, IL 60099.

6. That on or about July 2, 2017, the Defendant, WAL-MART STORES, INC., a Arkansas corporation, leased, owned, controlled, maintained and possessed said premises, specifically the building and the interior space and shopping aisles located within the store, which is used by the Defendant and persons lawfully on their premises to shop, stand and walk upon at the WAL-MART STORES, INC., located at 4000 Route 173, Zion, IL 60099.

7. That on or about July 2, 2017, the Defendant, WAL-MART STORES, INC., an Arkansas corporation, owned, controlled, maintained and possessed said merchandise within the aforementioned building, of which is displayed under shelves in shopping aisles located within the store at WAL-MART STORES, INC., located at 4000 Route 173, Zion, IL 60099.

8. That on or about July 2, 2017, it was the duty of the Defendant, WAL-MART STORES, INC., an Arkansas corporation, having control of said premises as owners, occupies or lessors of the premises to use ordinary care to keep the premises in a reasonably safe condition for the use of those lawfully upon the premises.

9. That located upon the aforementioned property is a building and within the interior of the building are aisles intended to be used by persons such as the Plaintiff for shopping while at WAL-MART STORES, INC.

10. That on or about July 2, 2017, merchandise, such as laundry detergent and bleach products were moved through the store aisles from the storage room to the specific locations for display using carts and/or dollies operated by store employees.

11. Such carts and/or dollies were stacked with boxes containing the merchandise to be shelved and placed on display.

12. That on or about July 2, 2017, such carts and/or dollies was stacked with twenty-four (24) boxes stacked in five (5) rows, creating an unreasonably dangerous condition.

13. That on or about July 2, 2017, when the employee was pushing and/or pulling the cart through the aisle, their view of the aisle was obstructed by the boxes.

14. That on or about July 2, 2017, the Plaintiff, HELEN SWANICK, as a business invitee of the Defendant, WAL-MART STORES, INC., an Arkansas corporation, was legally on the premises when she was struck by a cart being pushed/pulled by an employee through the aisle.

15. That on or about July 2, 2017, the Plaintiff, HELEN SWANICK, sustained direct trauma to her back, left hip, left ankle and pelvic when she was struck by the cart and fell to the floor.

16. That on or about July 2, 2017, the Defendant, WAL-MART STORES, INC., a Arkansas corporation, was guilty of one or more of the following negligent acts and/or omissions, which were committed by its agent, servant and/or employee

    a. Failed to instruct employees on the proper and safe to stack merchandise on carts, thereby creating an unreasonable danger to persons lawfully on the premises;

    b. Failed to instruct employees on the proper operation and use of carts, thereby creating an unreasonable danger to persons lawfully on the premises;

    c.    Failed to warn the Plaintiff of the unreasonably dangerous condition existing on the premises when they knew or in the exercise of reasonable care should have known that persons like the Plaintiff would be walking down the aisles and when employees were moving carts in the aforementioned aisle, thereby creating an unreasonable danger to persons;

    d.    Allowed an area of the premises to be and remain in a dangerous condition where it was reasonably foreseeable that persons such as the Plaintiff would walk down an aisle while the employees were moving carts in that aisle;

    e.    Allowed employees to stack boxes on the carts at a height that obstructed their views around the carts they were pushing/pulling down the aisles thereby creating an unreasonable danger to persons lawfully on the premises.

    f.    Failed to put signs or placards warning business visitors, including the Plaintiff, of the dangerous condition;

    g.    Failed to keep proper lookout for people such as the plaintiff while moving and walking around the store;

    h.    Failed to watch where they were walking at a time when people such as the plaintiff could be in the area;

    i.    Failed to avoid colliding with the Plaintiff's body;

    j.    Failed to pay attention to where they were walking and collided with the Plaintiff.

17.    By reason of one or more of the foregoing negligent acts or omissions to act on the part of the Defendant, WAL-MART STORES, INC., an Arkansas corporation, the Plaintiff, HELEN SWANICK, was severely injured when she was struck by the cart and fell to the floor in the aforementioned aisle.

18.    That by reason of the aforesaid negligence of the Defendant, WAL-MART STORES, INC., an Arkansas corporation, and as a direct and proximate result thereof the Plaintiff, HELEN SWANICK, sustained severe and permanent bodily injuries, both externally

and internally, was compelled to and will be compelled to expend and become liable for large sums of money for medical services in and about endeavoring to become healed and cured of her injuries, has suffered pain in the past and suffers pain at the present time and will suffer pain in the future, and has suffered injury to her capacity to earn money in the past and will continue to have injury to her capacity to earn money in the future.

WHEREFORE, the Plaintiff, HELEN SWANICK, by and through her attorneys, THE LAW OFFICE OF KEVIN P. JUSTEN, P.C., prays for judgment against the Defendant, WAL-MART STORES, INC., an Arkansas corporation, in an amount in excess of $75,000.00, plus costs of suit.

## COUNT II

### Res Ipsa Loquitur

NOW COMES Plaintiff, HELEN SWANICK, by and through her attorneys, THE LAW OFFICE OF KEVIN P. JUSTEN, P.C., and complaining of the Defendant, WAL-MART STORES, INC., an Arkansas corporation, states as follows:

1-17. The Plaintiff, HELEN SWANICK, restates and incorporates by reference paragraphs 1 through 17 of Count I herein as and for paragraphs 1 through 17 of Count II.

18. That on July 2, 2017, and for some time prior thereto, WAL-MART STORES, INC., an Arkansas corporation, had the exclusive and sole control of the premises commonly known as 4000 Route 173, Zion, IL 60099.

19. That on July 2, 2017, the Defendant, WAL-MART STORES, INC., an Arkansas corporation, had the exclusive and sole control of the aforementioned floor and aisle area.

20. That on July 2, 2017, the Defendant, WAL-MART STORES, INC., an Arkansas corporation, had the exclusive and sole control and possession of the aforementioned carts and movement of the carts in the aforementioned floor and aisle area.

21. That the occurrence speaks for itself; that is the occurrence would not have taken place in the ordinary course of things if the Defendant had not negligently failed to use proper care in maintaining, locating, inspecting and stocking merchandise on the carts and making sure that it was reasonably safe for persons such as the Plaintiff to be walking in the aforementioned floor and aisle area.

22. That by reason of the aforesaid negligence of the Defendant the Plaintiff, HELEN SWANICK, was severely injured when after walking in aisle she was struck by a cart being pushed/pulled by an employee in the aforementioned aisle.

23. That by reason of the aforesaid negligence of the Defendant, WAL-MART STORES, INC., an Arkansas corporation, and as a direct and proximate thereof the Plaintiff, HELEN SWANICK, sustained severe and permanent bodily injuries, both externally and internally, was compelled to and will be compelled to expend and become liable for large sums of money for medical services in and about endeavoring to become healed and cured of her injuries, has suffered pain in the past and suffers pain at the present time and will suffer pain in the future, and has suffered injury to her capacity to earn money in the past and will continue to have injury to her capacity to earn money in the future.

WHEREFORE, the Plaintiff, HELEN SWANICK by and through her attorneys, THE LAW OFFICE OF KEVIN P. JUSTEN, P.C., prays for judgment against the Defendant, WAL-MART STORES, INC., an Arkansas corporation, in an amount in excess of $75,000.00, plus costs of suit.

                HELEN SWANICK, Plaintiff

                THE LAW OFFICE OF KEVIN P. JUSTEN, P.C.

By: _____
     KEVIN P. JUSTEN

Kevin P. Justen - #6256164
The Law Office of Kevin P. Justen, P.C.
413 N. Front Street
McHenry, Illinois 60050
Telephone 815/759-1500
Telefax 815/331-2876
Patti@JustenLaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HELEN SWANICK, )
)
Plaintiff, )
)
vs. )
) No.
WAL-MART STORES, INC., )
an Arkansas corporation, )
)
Defendant. )
)

## AFFIDAVIT

I, HELEN SWANICK, being first duly sworn on oath, testify and state as follows:

1. I am of legal age and competent to make this Affidavit.
2. I have read and understand the allegations contained in the attached Complaint.
3. I was seriously injured as a result of the July 2, 2017, incident and have sustained damages exceeding $50,000.00.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
HELEN SWANICK

Subscribed and Sworn to before me this
20th day of June, 2019

_____
NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA A SCHMITT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/26/21

Kevin P. Justen - #6256164
The Law Office of Kevin P. Justen
413 N. Front Street
McHenry, IL 60050
Telephone 815/759-1500
Telefax 815/331-2876
Patti@JustenLaw.com